336

John Brady, Administrator of Estate of Arthur S. Watson, Deceased, Appellee, v. Illinois Agricultural Mutual Insurance Company, Appellant.

Heard in this court at the February term, 1945; opinion filed March 5, 1945; released for publication April 5, 1945. Will P. Welker, for appellant; Will M. Albert, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full.

Rela Anderson, Appellee, v. Verus Wright, Appellant.

Heard in this court at the February term, 1945; opinion filed March 5, 1945; released for publication April 5, 1945. Lackey & Lackey, for appellant; Sumner & Lewis, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full.